**VAN–117** Hearing Conference Worksheet – Rev. 03/23/2015

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
Timothy Patrick Danehy
555 Julian Smith Rd.
Henderson, NC 27537

CASE NO.: 15–01287–5–SWH

DATE FILED: March 9, 2015

CHAPTER: 13

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*4* – DEFICIENCY NOTICE to Timothy Danehy re: Petition. In order for this case to be administered, it is necessary that the following item(s) be filed by the date(s) indicated: Schedules A – J, Statement of Affairs and Statement of Current Monthly Income. Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746. The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply. Incomplete Filings due by 3/23/2015. Summary of Schedules due by 3/23/2015. Certificate of Credit Counseling due by 3/23/2015. Chapter 13 Plan due by 3/23/2015. Case Subject To Automatic Dismissal On 4/24/2015. (Bissette, Amy)
Show Cause For Failure To File Certificate Of Credit Counseling

Timothy Patrick Danehy
555 Julian Smith Rd.
Henderson, NC 27537
252–492–0194

John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661–1039
919 876–1355


DATED: March 24, 2015

Pamela Smith