IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY PATRICK DANHEY | ) | CASE NO. 15-01287-5-SWH |
| AKA TIMOTHY P. DANEHY | ) | |
| AKA TIMOTHY DANEHY | ) | CHAPTER 13 |
| AKA TIM DANEHY | ) | |
| SSN: XXX-XX-4488 | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |

## AMENDED NOTICE OF APPEARANCE

S. Troy Staley, of Hutchens Law Firm, does herewith give notice of his appearance in the above-styled matter as attorney for Navy Federal Credit Union.

Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

Navy Federal Credit Union
c/o S. Troy Staley
HUTCHENS LAW FIRM
Bankruptcy Department
Post Office Box 2505
Fayetteville, NC 28302

This the 31st day of March, 2015.

                HUTCHENS LAW FIRM

                BY: *s/S. Troy Staley*
                     S. TROY STALEY
                     Attorney for Movant
                     NC State Bar No: 43229
                     Post Office Box 2505
                     4317 Ramsey Street
                     Fayetteville, NC 28302
                     (910) 864-2668

Firm Case No: 1157059 (BK.FAY)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

PRO SE Debtor:
Timothy Patrick Danehy
555 Julian Smith Rd.
Henderson, NC 27537

Chapter 13 Trustee:
John F. Logan
P.O. Box 61039
Raleigh, NC  27661-1039

      This the 31st day of March, 2015.

                  HUTCHENS LAW FIRM

            BY:  *s/S. Troy Staley*
                  S. TROY STALEY
                  Attorney for Movant
                  NC State Bar No: 43229
                  Post Office Box 2505
                  4317 Ramsey Street
                  Fayetteville, NC 28302
                  (910) 864-2668

Firm Case No: 1157059 (BK.FAY)