IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TIMOTHY PATRICK DANEHY ) | CASE NO. 15-01287-5-SWH |
| AKA TIMOTHY P. DANEHY ) | |
| AKA TIMOTHY DANEHY ) | CHAPTER 13 |
| AKA TIM DANEHY ) | |
| SSN: XXX-XX-4488 ) | |
| ) | |
| ) | |
| DEBTOR ) | |

## SECOND AMENDED NOTICE OF APPEARANCE

    S. Troy Staley, of Hutchens Law Firm, does herewith give notice of his appearance in the above-styled matter as attorney for Navy Federal Credit Union.

    Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

Navy Federal Credit Union
c/o S. Troy Staley
HUTCHENS LAW FIRM
Bankruptcy Department
Post Office Box 2505
Fayetteville, NC 28302

This the 31st day of March, 2015.

                      HUTCHENS LAW FIRM

                      BY: *s/S. Troy Staley*
                            S. TROY STALEY
                            Attorney for Movant
                            NC State Bar No: 43229
                            Post Office Box 2505
                            4317 Ramsey Street
                            Fayetteville, NC 28302
                            (910) 864-2668

Firm Case No: 1157059 (BK.FAY)

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

PRO SE Debtor:
Timothy Patrick Danehy
555 Julian Smith Rd.
Henderson, NC 27537

Chapter 13 Trustee:
John F. Logan
P.O. Box 61039
Raleigh, NC  27661-1039

      This the 31st day of March, 2015.

                       HUTCHENS LAW FIRM

              BY:  *s/S. Troy Staley*
                     S. TROY STALEY
                     Attorney for Movant
                     NC State Bar No: 43229
                     Post Office Box 2505
                     4317 Ramsey Street
                     Fayetteville, NC 28302
                     (910) 864-2668