**VAN–046** Order Dismissing Case 521(i) – Rev. 01/26/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Timothy Patrick Danehy
555 Julian Smith Rd.
Henderson, NC 27537

CASE NO.: 15–01287–5–SWH

DATE FILED: March 9, 2015

CHAPTER: 13

ORDER OF DISMISSAL

Pursuant to §521(i) of the Bankruptcy Code, this case was automatically dismissed as to Timothy Patrick Danehy on the 46th date after the filing of the petition for failure to provide documents required by §521(a).

Should the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

SO ORDERED.

DATED: April 24, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge