# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

Case Number: 15-01287-5-SWH
Judge: STEPHANI W. HUMRICKHOUSE
Dated: June 11, 2015

In Re:

TIMOTHY PATRICK DANEHY
aka: TIMOTHY P DANEHY
aka: TIMOTHY DANEHY
aka: TIM DANEHY
555 JULIAN SMITH RD.
HENDERSON, NC  27537
SSN (1): XXX-XX-4488

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above-referenced case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

**You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice Thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned Trustee, the debtor and counsel for the debtor. If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the Trustee and the surety on the Trustee's bond will be released.**

1. The case was filed on March 09, 2015 and has not been confirmed.
   The case was subsequently dismissed on April 24, 2015.

2. The amount paid to the Trustee by or on behalf of the debtor was $0.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| HUTCHENS LAW FIRM | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DISCOVER BANK | UNSECURED | $14,036.62 | $0.00 | $0.00 | $0.00 |
| BRANCH BANKING AND TRUST COMPANY | UNSECURED | $12,469.52 | $0.00 | $0.00 | $0.00 |
| BRANCH BANKING AND TRUST COMPANY | UNSECURED | $2,049.31 | $0.00 | $0.00 | $0.00 |
| NAVY FEDERAL CREDIT UNION | SECURED | $256,108.55 | $0.00 | $0.00 | $0.00 |
| NAVY FEDERAL CREDIT UNION | UNSECURED | $1,958.21 | $0.00 | $0.00 | $0.00 |
| NAVY FEDERAL CREDIT UNION | UNSECURED | $9,783.01 | $0.00 | $0.00 | $0.00 |
| DR. SIDNEY W. SOCKWELL | UNSECURED | $1,923.55 | $0.00 | $0.00 | $0.00 |
| AMERICAN EXPRESS BANK FSB | UNSECURED | $18,110.28 | $0.00 | $0.00 | $0.00 |

4. Summary of Disbursements:

| | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $256,108.55 | $0.00 | $60,330.50 | $0.00 | $316,439.05 |
| **Principal Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5.  Costs of Administration:
    The clerk was paid $0.00 for the filing fee.
    The debtor's attorney was allowed $0.00 and was paid $0.00.
    The Trustee was paid $0.00 for the cost of mailing notices in the case.
    The Trustee was paid $0.00 for expenses and $0.00 for compensation pursuant to 11 USC § 1326.
    Refunds to the debtor total $0.00.

6.  The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been
    fully administered.

    Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety bond from
any and all liability on account of the above-referenced case, closes the estate, and grants such other relief as may be just
and proper.

Dated: June 11, 2015

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box  61039
Raleigh, NC  27661-1039

cc: TIMOTHY PATRICK DANEHY

    PRO SE
    , NC  00000

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: TIMOTHY PATRICK DANEHY                    CASE NUMBER: 1501287

DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___6/12/2015___ :


Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,

pursuant to Local Rule 5005-4(9)(b):

AMERICAN EXPRESS BANK FSB,c/o: BECKETT & LEE LLP,ATTORNEYS FOR CREDITOR,PO BOX 3001 MALVERN PA 19355-0701
BRANCH BANKING AND TRUST COMPANY,ATTN:  JACK HAYES,BANKRUPTCY SECT./100-70-01-51,PO BOX 1847 WILSON NC 27894-1847
DISCOVER BANK,DISCOVER PRODUCTS, INC.,ATTN: OFFICER,PO BOX 3025 NEW ALBANY OH 43054
DR. SIDNEY W. SOCKWELL,PO BOX 1142,OXFORD NC 27565
HUTCHENS LAW FIRM,S. TROY STALEY,ATTORNEY AT MOVANT,PO BOX 2505, 4317 RAMSEY ST FAYETTEVILLE NC 28302
NAVY FEDERAL CREDIT UNION,ATTN:  OFFICER,PO BOX 3000,MERRIFIELD VA 22119-3000
NAVY FEDERAL CREDIT UNION,ATTN: OFFICER/GENERAL MANAGER,820 FOLLIN LANE,VIENNA VA 22180
NAVY FEDERAL CREDIT UNION,C/O S. TROY STALEY,HUTCHENS LAW FIRM,BK DEPT., PO BOX 2505 FAYETTEVILLE NC 28302
TIMOTHY PATRICK DANEHY,555 JULIAN SMITH RD.,HENDERSON NC 27537

By Electronic Transmittal :

By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :____6/12/2015_____          Signature :_____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134